UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br>    Plaintiff,<br>    v.<br>JEREMY WHITE,<br>    Defendant. | Case No. 14-cr-00020-WHO-1<br><br>**ORDER DENYING MOTION TO QUASH** |

On July 31, 2014, I held a telephonic hearing concerning the government's Motion to Quash/Modify Subpoena Issued Under Rule 17(c). Dkt. No. 35. The parties and the Sonoma County Sheriff's Office were represented by counsel. Based upon my review of the subpoena and the written arguments of the parties, at the outset of the hearing I announced my tentative decision to DENY the motion to quash because (1) the subpoena to the Sonoma County Sheriff's Office comports with the requirements of Criminal Rule 17(c) and General Order 69, both of which are applicable, and (2) the subpoena is narrower than the government asserted, and is appropriately limited to records relating to the veracity and candor of Officer Sedgwick, any history of misconduct, and any improper police practices in conducting searches or with respect to proper reporting. In response, while the government did not concede its arguments, it acquiesced to the tentative.

Accordingly, for the reasons stated at the hearing, the government's motion to quash is DENIED. The Sonoma County Sheriff's Office shall produce the requested documents on or before August 5, 2014. If there are any disputes concerning the scope of the subpoena, the parties are ordered to meet and confer prior to filing any further motions. An evidentiary hearing related to the defendant's motion to suppress shall be held at 9 am on August 18, 2014 in Courtroom 2 on

1  the 17th floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

2  **IT IS SO ORDERED**.

3  Dated: August 4, 2014

WILLIAM H. ORRICK
United States District Judge